## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

IN RE:  VENUS COURTNEY                                                          Case Number:   08-21411
       Debtor

## REPORT OF INADEQUATE PLAN PAYMENTS

    The Trustee reports that the Debtor have failed to keep their plan payments current in accordance with the Probation Order entered 04/09/2010.  The order states that the case would be dismissed without further hearing upon filing of a report by the Trustee setting forth the failure to make timely payments under the terms of said order. The Trustee now submits such an Order of Dismissal as the Debtor Has become delinquent in their payments to the Chapter 13 Trustee.

### CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was served upon the persons listed below either electronically or by mail on 6/14/2010.

    /s/   Beverly M. Burden
Beverly Burden, Trustee
P O Box 2204
Lexington, KY  40588-2204
(859) 233-1527

VENUS COURTNEY                                                          STEIDEN, ERIC A
5527 LIMABURG ROAD APT C                                    830 MAIN STREET
BURLINGTON, KY  41005                                              SUITE 401
                                                                                                                   CINCINNATI , OH  45202-2130