UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:   VENUS COURTNEY                                      Case Number:   08-21411
         Debtor

## ORDER OF DISMISSAL

This case having come on for hearing on 04/19/2010 at which time a Probation Order was entered giving the Debtor 60 days to bring their plan payments current or the case would be dismissed without further hearing.

It appearing to the Court that the Debtor Has failed to send in such plan payments as to bring their case current, this case should be and hereby is DISMISSED.

Copies to:

VENUS COURTNEY
5527 LIMABURG ROAD APT C
BURLINGTON, KY  41005

STEIDEN, ERIC A
830 MAIN STREET
SUITE 401
CINCINNATI , OH  45202-2130

Pursuant to Local Rule 9022-1(c), Beverly M. Burden shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the Court a certificate of service of the order upon such parties within fourteen  (14) days hereof.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Tuesday, June 15, 2010**
**(mpf)**