UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE: VENUS COURTNEY  
Debtor

Case Number: 08-21411

AFFIDAVIT FOR DISMISSAL
PURSUANT TO
SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)

Comes now, Pamela King, Case Manager in the Office of the Chapter 13 Trustee, and hereby declares, under penalty of perjury, that I have personally requested and received from the Department of Defense Manpower Data Center (DMDC) certification that the above named Debtor Is not on active military duty in any branch of the armed services.

/s/ Pamela King  
Case Manager  
Office of the Chapter 13 Trustee  
Beverly Burden, Trustee  
P O Box 2204  
Lexington, KY 40588-2204  
(859) 233-1527

State of Kentucky)  
County of Fayette)

The foregoing Affidavit was acknowledged before me on June 14, 2010 by Pamela King.

/s/ Bonnie Pliner  
Notary Public  
County of Fayette or State at Large  
My Commission Expires 11/3/2013



Department of Defense Manpower Data Center                                                      Jun-14-2010 07:51:58

Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| COURTNEY | | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

---

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.